IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **Katherine Coombs** | ) | |
| | ) | CASE NO. 17 B 16157 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | HON. DEBORAH L. THORNE |

## ORDER GRANTING FINAL FEE APPLICATION

Upon consideration of the Final Fee Application (the "Application") of Richard D. Grossman as Counsel to the Debtor; Richard Grossman having requested $5,827.50 for legal services rendered and $437.00 for reimbursement of expenses on a final basis; and it appearing to the Court that the amounts requested in the Application are reasonable; the Court further finding that the services rendered and expenses incurred by Richard Grossman, as described in the Application, were actual and necessary to the administration of, and actually benefitted the Debtor's bankruptcy estate, and it appearing that notice of this Application and opportunity for a hearing on this Application was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Court hereby allows Richard Grossman compensation for services in the amount of $5,827.50 and reimbursement of expenses in the amount of $437.00 for a total of $6,264.50 during the Application Period, on a final basis, as Chapter 11 administration expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

2. The Debtor is authorized and directed to pay Richard Grossman all fees and expenses allowed pursuant to this Order.

3. The Debtor and her counsel are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

Dated: June 20, 2018.                    ENTER:

_____
Honorable
United States Bankruptcy Judge

1

**Prepared By**:
Richard D. Grossman
**Law Offices of Richard D. Grossman**
211 West Wacker Drive, #710
Chicago, IL 60606
(312) 750-9308
Attorney No. 1072641
rgat135@gmail.com