IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **Katherine Coombs** | ) | |
| | ) | CASE NO. 17 B 16157 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | HON. DEBORAH L. THORNE |

## ORDER ADMINISTRATIVELY CLOSING BANKRUPTCY CASE

WHEREAS, this matter coming before this Honorable Court upon the Motion For Entry of Order Administratively Closing Bankruptcy Case filed herein by the Debtor, Katherine Coombs; and

WHEREAS, On May 24, 2017, the Debtor, Katherine Coombs' previously filed Chapter 13 Plan was converted to a case under Title 11, Chapter 11; and

WHEREAS, a Fourth Amended Plan of Reorganization (the "Plan") was proposed to the creditors and was confirmed by Order of this Honorable Court on May 30, 2018; and

WHEREAS, the Debtor, Katherine Coombs, has reported to this Honorable Court that the Plan has been substantially consummated; and

WHEREAS, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of an Order administratively closing the instant Chapter 11 bankruptcy proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:

1. Pursuant to Bankruptcy Code Section 350(a), the case of In Re: Katherine Coombs, Case No. 17 B 16157 (the "Bankruptcy Case"), is administratively closed effective upon the entry of this Order.

2. Notwithstanding this Order and the administrative closing of the instant Case:

   A. The Debtor, Katherine Coombs, shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

   B. This Honorable Court shall retain jurisdiction in accordance with the Confirmation Order and Plan.

C. The Debtor, Katherine Coombs, is required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. 1930 through and including the entry of this Order.

D. Pursuant to 11 U.S.C. 1141(d)(5), the Debtor, Katherine Coombs, shall not receive a discharge of her debts unless and until, after notice and a hearing, this Honorable Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. 1141(d)(5)(A), or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to re-open the Bankruptcy Case.

3. The Debtor, Katherine Coombs, shall serve a copy of this Order on all of her known creditors within seven (7) days of the entry of this Order.

Dated: June 28, 2018.                    ENTER:

_____
Honorable Deborah L. Thorne
United States Bankruptcy Judge

**Prepared By**:
Richard D. Grossman
**Law Offices of Richard D. Grossman**
211 West Wacker Drive, #710
Chicago, IL 60606
(312) 750-9308
Attorney No. 1072641
rgat135@gmail.com